# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: DR:24-M -00049(1) |
| | § |
| (1) Hocine Filali | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 26, 2023** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers for entry into the United States, a misdemeanor,

in violation of Title        **8**        United States Code, Section(s)    **1325(a)(1)**
.

I further state that I am a(n) **Border Patrol Agent, FLORES-III, SANTOS** and that this complaint is based on the following facts: "On or about December 26, 2023, the defendant, Hocine FILALI, an alien who is a native and citizen of Algeria, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, TX.

Sworn to before me and subscribed in my presence,     /s/ FLORES-III, SANTOS
                                                       Signature of Complainant
                                                       FLORES-III, SANTOS
                                                       Border Patrol Agent

01/04/2024                                          at  DEL RIO, Texas
File Date                                               City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE                          Signature of Judicial Officer