UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | DR:24-M -00049(1)-AM |
| | § | |
| (1) HOCINE FILALI | § | |

## ORDER SETTING REARRAIGNMENT/PLEA/SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **REARRAIGNMENT/PLEA/SENTENCING** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Friday, January 12, 2024 at 03:15 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 9th day of January, 2024.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE